UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD ULYESSES WISE | CIVIL ACTION |
| VERSUS | NO. 22-4493 |
| RHODIUM CAPITAL ADVISORS, ET AL. | SECTION "H"(2) |

## ORDER OF DISMISSAL

On May 4, 2023, the Court issued a Show Cause Notice instructing plaintiff's counsel to effect service on the defendants on or before May 22, 2023. Counsel was specifically cautioned that failure to comply with this Notice of the Court, or show good cause in writing as to why defendants have not been served, would result in dismissal of this matter entirely. As of this date, plaintiff's counsel has not filed a response to the Court's notice.

Accordingly, **IT IS ORDERED** that plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Local Rule 41.3.

Signed in New Orleans, Louisiana, this 23rd day of June, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE